No. 76–5664.  ANATALA v. UNITED STATES; and

No. 76–5667.  PANEBIANCO v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 76–5671.  WHITAKER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–5675.  NORTON v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5682.  LANIER v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–5684.  O'DELL v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 76–5687.  SCHRETER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5688.  SCULLY v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5699.  GRANT v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–5700.  CHILDERS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5701.  IVES v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–5705.  ENGELFRIED ET AL. v. AYTCH ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 76–5709.  PAYNE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5710.  MOORE v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–5713.  DE LA O v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.